IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRENT W. MYERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:09-cv-2292-N |
| | § | |
| M. SWINDELL, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. *See* Dkt. Nos. 25, 96. Plaintiff filed objections to Dkt. No. 96, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge. Defendants' joint motion for summary judgment [Dkt. No. 70] is GRANTED.

SO ORDERED this 19th day of February, 2013

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE